■ JERRY HERMELE et al., Respondents, v IRA SUMKIN et al., Defendants, and INCORPORATED VILLAGE OF FREEPORT, Appellant. [722 NYS2d 889] —In an action to foreclose a mortgage, the defendant Incorporated Village of Freeport appeals from an order of the Supreme Court, Nassau County (Alpert, J.), dated May 16, 2000, which denied its motion for leave to serve a late answer.

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in denying the appellant's motion for leave to serve a late answer. The appellant failed to demonstrate both a reasonable excuse for its failure to timely answer and a meritorious defense to the action (*see, Matter of Gambardella v Ortov Light.,* 278 AD2d 494; *Parker v City of New York,* 272 AD2d 310; *Gleissner v Singh,* 264 AD2d 811; *Kyriacopoulos v Mendon Leasing Corp.,* 216 AD2d 532; *De Vito v Marine Midland Bank,* 100 AD2d 530). S. Miller, J. P., Friedmann, Feuerstein and Schmidt, JJ., concur.